AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN ——— DISTRICT OF ——— FLORIDA

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER,

        Plaintiffs

        **V.**

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD.,

        Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 00-6023

MAGISTRATE JUDGE
LYNCH

TO: (Name and address of defendant)

Robert Yari
c/o Forum Arlington Properties, Ltd. *(310) 208-0029*
10850 Wilshire Blvd. #1050
Los Angeles, CA 90024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486
(561) 395-5511

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court v
reasonable period of time after service.

Clarence Maddox

**CLERK**

**(BY) DEPUTY CLERK**

DATE