AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER,
        Plaintiffs
        V.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD.,

        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV - HURLEY

00-6023

TO: (Name and address of defendant)

Sanford G. Cohen, Registered Agent
Forum Arlington Properties, Ltd.
11 Greenway Plaza
1400 Summit Tower
Houston, Texas 77098

MAGISTRATE JUDGE
LYNCH

FILED BY
00 JAN -7 PM 1:
CLARENCE MADDOX
CLERK U.S. DIST.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486
(561) 395-5511

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

_____
(BY) DEPUTY CLERK

DATE