UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 1 3 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

R/S ASSOCIATES, etc., et al.

      Plaintiffs,

vs.                                 CASE NO. 00-6023-CIV-HURLEY

ROBERT YARI, et al.,

      Defendants.

_____ :

### ORDER REQUIRING COUNSEL TO MEET
### & FILE JOINT SCHEDULING REPORT

      **THIS ORDER** has been entered upon the filing of the complaint. Plaintiff's counsel is hereby **ORDERED** to forward to all defendants, upon receipt of a responsive pleading, a copy of this order.

      It is further **ORDERED**:

      1. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure.

      2. Counsel for the parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. See Local Rule 16.1(B).

      3. Within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and year for the trial** plus the estimated number of **trial days** required.

      **The parties are required to file the joint scheduling report regardless of the pendency of a motion to dismiss.** Failure of counsel to file a joint scheduling report **shall be regarded as failure to obey an order of the court** and, pursuant to Rule 37(b) of the Federal Rules



CASE NO. 00-6023-CIV-HURLEY

of Civil Procedure, may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 12th day of January, 2000.

Daniel T. K. Hurley
U. S. District Judge

Copy furnished:

Keith A. Goldbaum, Esq.,5355 Town Center Rd, #801, Boca Raton, FL 33486