# United States District Court

_____ Southern _____ DISTRICT OF _____ Florida _____

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER,
      Plaintiffs

**SUMMONS IN A CIVIL ACTION**

      v.

CASE NUMBER: 00-6023 CIV HURLEY

ROBERT YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

      Defendants

REC'D by _____ D.C.
FEB 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**TO:** (Name and Address of Defendant)

Sanford G. Cohen, Registered Agent
Forum Arlington Properties, Ltd.
11 Greenway Plaza
1400 Summit Tower
Houston, Texas 77098

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486
(561) 395-5511

an *amended* answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

BY DEPUTY CLERK

FEB - 2 2000
DATE

# United States District Court

Southern DISTRICT OF Florida

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER,
    Plaintiffs

v.

ROBERT YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

    Defendants

**SUMMONS IN A CIVIL ACTION**
6023

CASE NUMBER: 00-603 CIV HURLEY

REC'D by _____ D.C.
FEB 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TO: (Name and Address of Defendant)

Robert Yari
c/o Forum Arlington Properties, Ltd.
10850 Wilshire Blvd. #1050
Los Angeles, CA  90024

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486
(561) 395-5511

amended
an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

FEB - 2 2000
DATE

BY DEPUTY CLERK