# United States District Court

__Southern__ DISTRICT OF __Florida__

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER,
   Plaintiffs

v.

ROBERT YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

  Defendants
_____/

**SUMMONS IN A CIVIL ACTION**

6023

CASE NUMBER: 00-~~603~~ CIV HURLEY




TO: (Name and Address of Defendant)

Alliance Commercial Management
Person In Charge
10850 Wilshire Blvd. #1050
Los Angeles, CA  90024

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486
(561) 395-5511

an __amended__ answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
_____
CLERK

_____
BY DEPUTY CLERK

FEB - 2 2000
_____
DATE