**VERIFIED RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

CASE: 00-6023 CIV-HURLEY
CIVIL DIVISION

R/S ASSOC., A FLORIDA LIMITED PARTNER-
SHIP & DAN SHOOSTER

SUMMONS/VERIFIED COMPLAINT FOR
TORY & COMPENSATORY RELIEF/EXH

vs.

ROBERT YARI AND FORUM ARLINGTON
PROPERTIES, LTD.,

ATTORNEY: KEITH A. GOLDBAUM
5355 TOWN CENTER ROAD SUITE 801
BOCA RATON, FL 33486

I received this writ on Date 1-18-00 at Time 10:00 A.M. and served same on ROBERT YARI, % FORUM ARLINGTON PROP- ERTIES, LTD., (310-208-0029) at, 10850 Wilshire Blvd, #1050, LA, CA. 90024 on Date 1-18-00 Time 3:30 p.m.

[X] **INDIVIDUAL:** By serving the within named defendant a copy to the above named document(s). F.S. 40.031

[ ] **SUBSTITUTE:** By serving a copy of the above named document(s) at the defendant usual place of abode on a person residing therein, to wit, _____ who is 15 years of age or older and informing the person of the contents.

[ ] **CORPORATE SERVICE:** By serving a copy of the above named document(s) to _____ as _____ or any employee of defendant corporation in the absence of any superior officer, FS 48.081 when defendant corp. does not keep a registered agent present. FS 48.091

[ ] **SERVICE BY ACCEPTANCE:** By serving a copy of the above named document(s) to _____ as _____, as the person designated by the above named defendant to receive same on his/her behalf.

[ ] **MILITARY STATUS:** To my best knowledge, information and belief the said defendant at the time of service was not engaged to the military service of the United States. defendant to receive same on his/her behalf.

[ ] **NO SERVICE:** For the reason that diligent search and inquiry failed to locate above named defendant / witness in _____ County, State of _____ .

**COMMENTS:** _____

I Acknowledge I am authorized and in good standing in the jurisdiction wherein this process was served and have no interest in the above action.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.
Date: 1-18-00
James Zourek
PRINT & SIGN NAME
INDEX 21000

ZIRKLE PROCESS SERVICE INC.
8464 STATE ROAD 84
FORT LAUDERDALE, FL 33324
OFFICE (954) 382-4748