UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch

R/S Associates, a Florida limited
partnership, and Dan Shooster,

    Plaintiffs

vs.

Bob Yari, Forum Arlington Properties, Ltd.,
and Alliance Commercial Management,

    Defendants
_____/

## NOTICE OF SPECIAL, LIMITED APPEARANCE ON BEHALF OF DEFENDANTS

Nason, Yeager, Gerson, White & Lioce, P.A., hereby enter this special, limited appearance on behalf of Defendants, Bob Yari, Forum Arlington Properties, Ltd. and Alliance Commercial Management, to contest this Court's jurisdiction over the Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument has been furnished by U.S. mail to Keith A. Goldbaum, Esquire, Friedman, Rosenwasser & Goldbaum, P.A., 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486, this 8th day of February, 2000.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 686-3307; Fax: (561) 686-5442
E-mail: ejames@nygwl.com
Attorneys for Defendants
Florida Bar No.: 791709

By: _____
ELAINE JOHNSON JAMES

H:\6074\13057\PNoticeOfSpecialLimitedAppearanceEtc.EJJ/o