UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

        Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

        Defendants
_____/

### PLAINTIFFS' REQUEST FOR AN EVIDENTIARY HEARING

COME NOW the Plaintiffs, R/S Associates, a Florida Limited Partnership and Dan Shooster, by and through their undersigned counsel and hereby request that this Honorable Court enter an Order scheduling a two hour Evidentiary Hearing.

        Respectfully submitted,

        FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
        Attorneys for Plaintiffs
        5355 Town Center Road #801
        Boca Raton, Florida 33486
        Tel: (561) 395-5511
        Fax: (561) 368-9274

by: _Keith A. Goldbaum_
        KEITH A. GOLDBAUM, ESQUIRE
        FBN 0475637

Date: _2/28/2000_

51Shooster\Hearing.req\2-28-2000\kag5ds

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this 2ᵗ day of _FEB_____, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _Keith A. Goldbaum_

KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

2