UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

      Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

      Defendants
_____/

PLAINTIFFS'
NOTICE OF INTENT TO TAKE
AND RELY UPON DEPOSITIONS
REGARDING DEFENDANTS'
MOTION TO DISMISS

COME NOW the Plaintiffs, R/S Associates, a Florida Limited Partnership and Dan Shooster, by and through their undersigned counsel, and for their Notice of Intent to Take and Rely Upon Depositions Regarding Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction would state as follows:

1. On or about February 1, 2000, Plaintiffs filed their First Amended Complaint.

2. On or about February 17, 2000, Defendants filed their Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Memorandum of Law.

3. On February 28, 2000, Plaintiffs filed their Response to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint

51Shooster\Notice\2-28-2000\kag5ds

for Lack of Personal Jurisdiction.

4. Plaintiffs have contacted opposing counsel to arrange for the scheduling of depositions that Plaintiffs wish to take in California and are attempting to take same as soon as possible. Plaintiffs believe that the depositions will be completed in the month of March.

5. Plaintiffs intend to rely upon the depositions they will take and request this Honorable Court refrain from entering an Order on Defendants' Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction until said depositions have been concluded.

WHEREFORE, Plaintiffs, R/S Associates, a Florida limited partnership and Dan Shooster, pray this Honorable Court refrain from entering an Order on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction until depositions have been concluded and/or order such other or further relief as this Honorable Court deems just and proper.

Respectfully submitted,

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

Date: 2/28/2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this 28 day of Feb, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: *Keith A. Goldbaum*
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

51Shooster\Notice\2-28-2000\kag5ds

3