## VERIFIED RETURN OF SERVICE

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

CASE: 00-6023 CIV-HURLEY
CIVIL DIVISION

R/S ASSOC., A FLORIDA LIMITED PARTNER-
SHIP & DAN SHOOSTER

SUMMONS/1ST. AMENDED COMPLAINT
RATORY & COMPOENSATORY RELIEF/

vs.

ROBERT YARI AND FORUM ARLINGTON
PROPERTIES, LTD.,

ATTORNEY: KEITH A. GOLDBAUM
            5355 TOWN CENTER ROAD SUITE 801
            BOCA RATON, FL 33486

I received this writ on Date _2-8-00_ at Time _1:00 PM_ and served same on **SANFORD G.COHEN, REGISTERED AGENT    FORUM ARLINGTON PROPERTIES, LTD.,** at, _11 Greenway Plaza, 1400 Summer, Houston, TX 77098_ on Date _2-14-00_ Time _9:30 AM_.

[ ] **INDIVIDUAL:** By serving the within named defendant a copy to the above named document(s). F.S. 40.031

[ ] **SUBSTITUTE:** By serving a copy of the above named document(s) at the defendant usual place of abode on a person residing therein, to wit, _____ who is 15 years of age or older and informing the person of the contents.

[ ] **CORPORATE SERVICE:** By serving a copy of the above named document(s) to _____ as _____ or any employee of defendant corporation in the absence of any superior officer, FS 48.081 when defendant corp. does not keep a registered agent present. FS 48.091

[X] **SERVICE BY ACCEPTANCE:** By serving a copy of the above named document(s) to _Sanford G. Cohen_ as _Registered Agent_, as the person designated by the above named defendant to receive same on his/her behalf.

[X] **MILITARY STATUS:** To my best knowledge, information and belief the said defendant at the time of service was not engaged to the military service of the United States. defendant to receive same on his/her behalf.

[ ] **NO SERVICE:** For the reason that diligent search and inquiry failed to locate above named defendant / witness in _____ County, State of _____.

**COMMENTS:** _____
_____
_____

I Acknowledge I am authorized and in good standing in the jurisdiction wherein this process was served and have no interest in the above action.

Under penalties of perjury, I
declare that I have read the
forgoing document and that the facts
stated in it are true.
Date: _2-14-00_

**ZIRKLE PROCESS SERVICE INC.**
**8464 STATE ROAD 84**
**FORT LAUDERDALE, FL 33324**
**OFFICE (954) 382-4748**

# United States District Court

Southern ___ **DISTRICT OF** ___ Florida

t/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER,
        Plaintiffs

          **v.**

ROBERT YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

       Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-603 CIV HURLEY

RECD ON: FEB 03 2000

SERVED: ___
___ ___
___ ___
___ ___
___ ___ ___
OF THE ___ JUDICIAL COURT

**TO:** (Name and Address of Defendant)

Sanford G. Cohen, Registered Agent
Forum Arlington Properties, Ltd.
11 Greenway Plaza
1400 Summit Tower
Houston, Texas 77098

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486
(561) 395-5511

an answer to the amended complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ZIRKLE PROCESS
SERVICE INC

Clarence Maddox

FEB - 2 2000

**CLERK**

**DATE**

**BY DEPUTY CLERK**

001571