UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY



R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

      Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

      Defendants
_____/

**PLAINTIFFS'
MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS'
MOTION FOR PROTECTIVE ORDER,
REPLY TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' NOTICE OF INTENT TO
TAKE AND RELY UPON DEPOSITIONS AND
REPLY TO DEFENDANTS' RESPONSE IN
OPPOSITION TO PLAINTIFFS' REQUEST
FOR AN EVIDENTIARY HEARING**

COME NOW the Plaintiffs, R/S Associates, a Florida limited partnership and Dan Shooster (hereinafter "Plaintiffs"), by and through their undersigned counsel, and for their Motion for Extension of Time to Respond to Defendants' Motion for Protective Order, Reply to Defendants' Response to Plaintiffs' Notice of Intent to Take and Rely Upon Depositions and Reply to Defendants' Response In Opposition to Plaintiffs' Request for an Evidentiary Hearing, would state as follows:

    1.    Plaintiffs filed their Notice of Intent to Take and Rely

51Shooster\Mext\3-16-2000\kag5ds



Upon Depositions on or about February 29, 2000, a copy of which is attached hereto as Exhibit "A".

2.    Defendants filed a Motion or Protective Order and Response to Plaintiffs' Notice of Intent to Take and Rely Upon Depositions on or about March 6, 2000, a copy of which is attached hereto as Exhibit "B".

3.    Plaintiffs filed their Request for an Evidentiary Hearing on or about February 29, 2000, a copy of which is attached hereto as Exhibit "C".

4.    Defendants filed their Response In Opposition to Plaintiffs' Request for an Evidentiary Hearing on or about March 6, 2000, a copy of which is attached hereto as Exhibit "D".

5.    The undersigned has just returned from an extended vacation.

6.    Plaintiffs request an additional ten (10) days to prepare a proper response to Defendants' Motion for Protective Order, to reply to Defendants' Response to Plaintiffs' Notice of Intent to Take and Rely Upon Depositions and to reply to Defendants' Response In Opposition to Plaintiffs' Request for an Evidentiary Hearing.

7.    The granting of Plaintiffs' request for additional time will not prejudice any party.

WHEREFORE, Plaintiffs, R/S Associates, a Florida Limited partnership and Dan Shooster, pray this Honorable Court grant their Motion for Extension of time to prepare a proper response to Defendants' Motion for Protective Order, to reply to Defendants' Response to Plaintiffs' Notice of Intent to Take and Rely Upon

51Shooster\Mext\3-16-2000\kag5ds

2

Depositions and to reply to Defendants' Response In Opposition to Plaintiffs' Request for an Evidentiary Hearing.

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this _16_ day of _March_, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

            Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

            Defendants
_____/

## PLAINTIFFS'
## NOTICE OF INTENT TO TAKE
## AND RELY UPON DEPOSITIONS
## REGARDING DEFENDANTS'
## MOTION TO DISMISS

COME NOW the Plaintiffs, R/S Associates, a Florida Limited Partnership and Dan Shooster, by and through their undersigned counsel, and for their Notice of Intent to Take and Rely Upon Depositions Regarding Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction would state as follows:

1.    On or about February 1, 2000, Plaintiffs filed their First Amended Complaint.

2.    On or about February 17, 2000, Defendants filed their Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Memorandum of Law.

3.    On February 28, 2000, Plaintiffs filed their Response to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint



EXHIBIT
A

51Shooster\Notice\2-28-2000\kag5ds

16

ROSENWASSER & GOLDBAUM, THE PLAZA ; SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486

for Lack of Personal Jurisdiction.

4.    Plaintiffs have contacted opposing counsel to arrange for the scheduling of depositions that Plaintiffs wish to take in California and are attempting to take same as soon as possible. Plaintiffs believe that the depositions will be completed in the month of March.

5.    Plaintiffs intend to rely upon the depositions they will take and request this Honorable Court refrain from entering an Order on Defendants' Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction until said depositions have been concluded.

WHEREFORE, Plaintiffs, R/S Associates, a Florida limited partnership and Dan Shooster, pray this Honorable Court refrain from entering an Order on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction until depositions have been concluded and/or order such other or further relief as this Honorable Court deems just and proper.

Respectfully submitted,

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by:  _Keith A. Goldbaum_
        KEITH A. GOLDBAUM, ESQUIRE
        FBN 0475637

Date:  _2/28/2000_

51Shooster\Notice\2-28-2000\kag5ds

2

FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA · SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this _28_ day of _FEB_ , 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274


by: _Keith A. Goldbau_
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch

R/S Associates, a Florida limited
partnership, and Dan Shooster,

      Plaintiffs

vs.

Bob Yari, and Forum Arlington
Properties, Ltd., and Alliance Management Co., LLC

Defendants
_____/

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND RESPONSE TO PLAINTIFFS' NOTICE OF INTENT TO TAKE AND RELY UPON DEPOSITIONS

Come now the Defendants, Bob Yari, Forum Arlington Properties, Ltd. and Alliance Commercial Management, by and through their undersigned counsel, to seek a protective order pursuant to Fed. R. Civ. P. 26(c) and to respond to Plaintiffs' Notice of Intent to Take and Rely Upon Depositions Regarding Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction. In support thereof, Defendants state:

1.    The Plaintiffs filed their First Amended Complaint on or about February 1, 2000, and served it on Defendants' counsel on February 4, 2000. The First Amended Complaint does not contain any allegations concerning the minimum contact between the Defendants and the forum state pursuant to which Plaintiffs allege that this Court should exercise jurisdiction over the Defendants.



EXHIBIT
B

2.    On February 17, 2000, Defendants filed a motion to dismiss the First Amended Complaint for lack of personal jurisdiction, a Memorandum of Law and the Affidavit of Bob Yari in support of the motion.

3.    On February 28, 2000, Plaintiffs filed their response to Defendants' Motion to Dismiss, attached to which was the Affidavit of Dan Shooster.

4.    By letter dated February 28, 2000, Plaintiffs' counsel contacted Defendants' counsel requesting that she **immediately** provide him with the dates on which Defendant Bob Yari and his chief financial officer, Dennis Brown, would be available to give depositions in Los Angeles, California (emphasis in original).

5.    Defendants' counsel declined the request, but indicated that the depositions could be taken if the Court scheduled an evidentiary hearing.

6.    Plaintiffs have filed and served notices of taking the Defendants' depositions in California on April 17, 2000.  *See* Exhibit A.

7.    The Defendants should not be required to expend the sums of money necessary for their counsel to travel from the Southern District of Florida to Los Angeles, California to defend depositions, nor should the Defendants' agents have to take time away from their normal business activities to provide such depositions, unless and until this Court determines whether the affidavits submitted in support of and in opposition to the Motion to Dismiss are irreconcilable. *See Venetian Salami Co. v. Parthenais*, 554 So. 2d 499, 502 (Fla. 1989) (If affidavits conflict, limited evidentiary hearing is required).

8.     If the Court determines that an evidentiary hearing should be held on the jurisdictional issue, rather than having Plaintiffs' and Defendants' counsel travel to California for depositions, Plaintiffs should be required to bear the expense of Mr. Yari's travel from California to Florida to attend the hearing.

9.     A protective order is sought because the deposition notices are premature, and the discovery sought would unduly burden the Defendants and cause them to incur undue and significant expense.

WHEREFORE, the Defendants respectfully request that the Court (a) issue a protective order, prohibiting Plaintiffs from deposing Defendants in California and requiring Plaintiffs to bear the expense of travel to Florida for Defendants' witnesses if the Court determines an evidentiary hearing is necessary; (b) deny Plaintiffs' request to refrain from entering an order on Defendants' Motion to Dismiss until depositions are taken; and (c) decide the motion on the affidavits which have been filed in this cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument has been furnished by U.S. mail to Keith A. Goldbaum, Esquire, Friedman, Rosenwasser & Goldbaum, P.A., 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486, this 6th day of March, 2000.

## CERTIFICATION OF GOOD FAITH

I HEREBY CERTIFY that, prior to filing this motion, I made a good faith attempt to persuade Plaintiffs' counsel to forego taking discovery in California until the Court decided whether an evidentiary hearing is required and to seek Plaintiffs' agreement that it would bear Defendants' travel expense to Florida if an evidentiary hearing is scheduled.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:  (561) 686-3307
Facsimile:  (561) 686-5442
E-mail:  ejames@nygwl.com
Attorneys for Defendants
Florida Bar No.:  791709

By: _____
ELAINE JOHNSON JAMES

H:\6074\13057\PDefendantsMotionForProtectiveOrderEtc.EJJ/o

A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

       Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

       Defendants
_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM
## FOR THE LIMITED PURPOSE OF ESTABLISHING
## JURISDICTION OVER DEFENDANTS

      PLEASE TAKE NOTICE that KEITH A. GOLDBAUM, ESQUIRE of FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A., Attorneys for the Plaintiffs, will take the Deposition of "Robert Yari" at the time and place listed below:

LOCATION:     Esquire Deposition Services
               6222 Wilshire Blvd.
               Los Angeles, California 90048

DATE:         Monday, April 17, 2000
TIME:         9:00 a.m.

DUCES TECUM:    To bring with you all the documents requested in
               Exhibit "A" attached hereto.

and upon oral examination, before a court reporter with the firm of Esquire Deposition Services or any other Notary Public or other officer authorized by law to take depositions in the state of California. The deposition will continue from day to day until completed. You are hereby notified to appear and take part in said examination as you may be advised and bring with you those items on the attached Exhibit "A".

This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the applicable Statutes or Rules of Court.

51Shooster\Yari.ND\3-1-2000\kagSds

Respectfully submitted,

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

Date: _____

cc:   Esquire Deposition Services

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this 2 day of March, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

51Shooter\Yari.ND\3-1-2000\kagSds

3

## EXHIBIT "A"

1.   All plane tickets, travel receipts, notes and any and all
     documents evidencing all trips you or any of the defendants in
     the aforedescribed case have made to Florida and/or all
     contacts you or any of the aforedescribed defendants have had
     with the State of Florida regarding the aforedescribed case.

03-02-00   09:48   KEITH A GOLDBAUM                    ID=5613689274                    P.08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

       Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

       Defendants
_____/

### NOTICE OF TAKING DEPOSITION DUCES TECUM
### FOR THE LIMITED PURPOSE OF ESTABLISHING
### JURISDICTION OVER DEFENDANTS

    PLEASE TAKE NOTICE that KEITH A. GOLDBAUM, ESQUIRE of
FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A., Attorneys for the
Plaintiffs, will take the Deposition of the "most knowledgeable
person as to Defendants' Forum Arlington Properties, Ltd. and
Alliance Commercial Management's contacts with the State of
Florida" at the time and place listed below:

LOCATION:      Esquire Deposition Services
                6222 Wilshire Blvd.
                Los Angeles, California 90048

DATE:          Monday, April 17, 2000
TIME:          11:00 a.m.    (or immediately following    the
                deposition of Robert Yari)

DUCES TECUM:  To bring with you all the documents requested in
                Exhibit "A" attached hereto.

and upon oral examination, before a court reporter with the firm of
Esquire Deposition Services or any other Notary Public or other
officer authorized by law to take depositions in the state of
California.  The deposition will continue from day to day until
completed.  You are hereby notified to appear and take part in said
examination as you may be advised and bring with you those items on
the attached Exhibit "A".

This deposition is being taken for the purposes of discovery, for

51Shooster\Forum.ND\3-1-2000\kag5ds

FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA · SUITE 801, 6355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486

use at trial, or for such other purposes as are permitted under the applicable Statutes or Rules of Court.

Respectfully submitted,

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
      KEITH A. GOLDBAUM, ESQUIRE
      FBN 0475637

Date: _____

cc: Esquire Deposition Services

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this 2 day of _____Mucy_____, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

3

FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA · SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486

## EXHIBIT "A"

1.    All plane tickets, travel receipts, notes and any and all
documents evidencing all trips you or any of the defendants in
the aforedescribed case have made to Florida and/or all
contacts you or any of the aforedescribed defendants have had
with the State of Florida regarding the aforedescribed case.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

      Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

      Defendants
_____/

<u>NOTICE OF TAKING DEPOSITION DUCES TECUM
FOR THE LIMITED PURPOSE OF ESTABLISHING
JURISDICTION OVER DEFENDANTS</u>

      PLEASE TAKE NOTICE that KEITH A. GOLDBAUM, ESQUIRE of FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A., Attorneys for the Plaintiffs, will take the Deposition of "**Dennis Brown, Chief Financial Officer of Arlington Properties, Ltd. and Alliance Commercial Management** at the time and place listed below:

LOCATION:     Esquire Deposition Services
                6222 Wilshire Blvd.
                Los Angeles, California 90048

DATE:         Monday, April 17, 2000
TIME:         1:00 a.m. (or immediately following the deposition
                of Representatives of Forum Arlington and
                Alliance Commercial)

DUCES TECUM:  To bring with you all the documents requested in
                Exhibit "A" attached hereto.

and upon oral examination, before a court reporter with the firm of Esquire Deposition Services or any other Notary Public or other officer authorized by law to take depositions in the state of California. The deposition will continue from day to day until completed. You are hereby notified to appear and take part in said examination as you may be advised and bring with you those items on the attached Exhibit "A".

This deposition is being taken for the purposes of discovery, for

51Shooster\Brown.ND\3-1-2000\kag5ds

use at trial, or for such other purposes as are permitted under the applicable Statutes or Rules of Court.

Respectfully submitted,

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
    KEITH A. GOLDBAUM, ESQUIRE
    FBN 0475637

Date: _____

cc: Esquire Deposition Services

FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA · SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this _2_ day of ___march___, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

51Shooster\Brown.ND\3-1-2000\kag5ds

3

## EXHIBIT "A"

1.   All plane tickets, travel receipts, notes and any and all documents evidencing all trips you or any of the defendants in the aforedescribed case have made to Florida and/or all contacts you or any of the aforedescribed defendants have had with the State of Florida regarding the aforedescribed case.

FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA • SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

      Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

      Defendants

_____/

## PLAINTIFFS' REQUEST FOR AN EVIDENTIARY HEARING

     COME NOW the Plaintiffs, R/S Associates, a Florida Limited Partnership and Dan Shooster, by and through their undersigned counsel and hereby request that this Honorable Court enter an Order scheduling a two hour Evidentiary Hearing.

                  Respectfully submitted,

                  FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
                  Attorneys for Plaintiffs
                  5355 Town Center Road #801
                  Boca Raton, Florida 33486
                  Tel: (561) 395-5511
                  Fax: (561) 368-9274

by: _Keith A. Goldbaum_
                  KEITH A. GOLDBAUM, ESQUIRE
                  FBN 0475637

Date: _2/28/2000_

**EXHIBIT**

**C**

51Shooster\Hearing.req\2-28-2000\kag5ds

15

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this _28_ day of _FEB_____, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch

R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,

                Plaintiffs,

vs.

BOB YARI, and FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
MANAGEMENT CO., LLC.,

                Defendants.

_____/

### DEFENDANTS' RESPONSE IN OPPOSITION TO
### PLAINTIFFS' REQUEST FOR AN EVIDENTIARY HEARING

Come now the Defendants, Bob Yari, Forum Arlington Properties, Ltd. and Alliance

Commercial Management Co., LLC., by and through their undersigned counsel, to file their

opposition to the request of Plaintiffs for an Evidentiary Hearing, stating:

1.      The Plaintiffs' Request for an Evidentiary Hearing ("Request") is procedurally

inadequate.  It does not follow Rule 7.1B of the Local Rules for the Southern District of



Florida, which requires a party to "set forth in detail the reasons why a hearing is desired and would be helpful to the Court." On that basis alone, Plaintiffs' Request should be denied.

2.    The Request should also be denied for substantive reasons. After Defendants filed their Motion to Dismiss and supporting affidavit, the burden was on the Plaintiffs to prove by affidavit the basis upon which jurisdiction could be obtained. *Venetian Salami Co. v. Parthenais*, 554 So. 2d 499, 502-03 (Fla. 1989) ("In most cases, the affidavits can be harmonized and the court will be in a position to make a decision upon facts which are essentially undisputed").

3.    The affidavits of Bob Yari and Willard Hart on behalf of the Defendants and Dan Shooster on behalf of Plaintiffs can be reconciled and read in harmony.

4.    Because the material facts essentially are not in dispute, the court can and should decide the Motion to Dismiss based on the affidavits, as did the trial court in *Jet Charter Service, Inc. v. Koeck*, 907 F.2d 1110, 1113 (11th Cir. 1990) (affirming the trial court's order dismissing the complaint for lack of personal jurisdiction, based upon the affidavit of the bank's officer and the counteraffidavit of the president of the plaintiff corporation).

WHEREFORE, the Defendants respectfully request that the Court deny Plaintiffs' request for a two hour evidentiary hearing and that it decide the jurisdictional issue based on the parties' harmonious affidavits.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument has been furnished by

U.S. mail to KEITH A. GOLDBAUM, ESQUIRE, Friedman, Rosenwasser & Goldbaum, P.A.,

5355 Town Center Road, Suite 801, Boca Raton, Florida 33486, this 6th day of March, 2000.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:  (561) 686-3307
Facsimile:  (561) 686-5442
E-mail:  ejames@nygwl.com
Attorneys for Defendants
Florida Bar No.: 791709

By: _____
        ELAINE JOHNSON JAMES

H:\6074\13057\PDefendantsResponseToRequestForEvidentiaryHearing.EJJ\oelo

3