| Attorney or Party without Attorney: | Telephone No: | FOR COURT USE ONLY |
|---|---|---|
| KEITH A. GOLDBAUM, ESQUIRE<br>FRIEDMAN, ROSENWASSER & GOLDBLUM, P.A.<br>5355 TOWN CENTER ROAD<br>#801<br>BOCA RATON, FL 33486 | (561) 395-5511 | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**U.S. DISTRICT COURT-SOUTHERN DISTRICT OF FLORIDA**

Plaintiff: R/S ASSOCIATES
Defendant: ROBERT YARI

| PROOF OF SERVICE<br>(Summons In A Civil Action) | Hearing Date: | Time: | Dept/Div | Case Number:<br>00-6023CIVHURLEY |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and **I served copies** of the: Summons In A Civil Action; First Amended Complaint For Injunctive, Declaratory And Compensatory Relief.

2. a. *Party Served:* ROBERT YARI C/O FORUM ARLINGTON PROPERTIES, LTD. (Defendant)

   b. *Person Served:* party in item 2.a.

   c. *Address:* 10850 WILSHIRE BOULEVARD
   STE 1050
   LOS ANGELES, CA 90024

3. I served the party named in item 2
   b. **by leaving** the copies with or in the Presence of:
   DYAN ULLMAN, ASSISTANT
   (1) (business) Person in Charge over 18. I informed him or her of the general nature of the papers.
   (3) on: Mon, Feb. 14, 2000
   (4) at: 2:53PM

5. *Person serving:*
   KRISTOPHER J. HAMPTON
   **SHERMAN, ALEXANDER & ASSOCIATES LLC**
   264 SOUTH LA CIENEGA BLVD
   PMB 806
   BEVERLY HILLS, CA 90211
   (310) 652-9222

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:*
   d. Registered California process server.
   (2) *Registration No.:* 4277
   (3) *County:* LOS ANGELES
   (4) *Expiration date:* Jan. 12, 2002

State of California
County of Los Angeles
Subscribed and sworn (or affirmed) to before me this 18 day of Feb, 2000
(Signature of Notary)

IKE EMMANUEL UZOH
COMM. # 1195957
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
COMM. EXP. OCT. 6, 2002

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Feb. 18, 2000

Jud. Coun. form, rule 982(a)(23)    PROOF OF SERVICE    (Signature)    FRIEDMAN.21270

# United States District Court

Southern DISTRICT OF Florida

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER,
      Plaintiffs

v.

ROBERT YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

      Defendants
_____/

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6023 CIV HURLEY

REC'D ON: FEB 03 2000
SERVED:
DATE:
SENT:
FF:
C:
O:

TO: (Name and Address of Defendant)

Robert Yari
c/o Forum Arlington Properties, Ltd.
10850 Wilshire Blvd. #1050
Los Angeles, CA 90024

ZIRKLE PROCESS SERVICE INC

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486
(561) 395-5511

amended
an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox        FEB - 2 2000
CLERK        DATE

BY DEPUTY CLERK

021570