UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch

R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,
            Plaintiffs,

vs.

BOB YARI and FORUM ARLINGTON
PROPERTIES, LTD.,
            Defendants.
_____/

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

      Come now the Defendants, Bob Yari and Forum Arlington Properties, Ltd., by and through their undersigned counsel, to file their Motion for an Extension of Time to reply to the Amended Complaint, stating:

      1.    Because Defendant, Bob Yari, is traveling overseas, he has been unable to communicate with undersigned counsel concerning the reply to the Amended Complaint.

      2.    Accordingly, counsel requested that Plaintiffs extend the time for the reply for ten (10) days or until May 1, 2000.

      3.    Plaintiffs' counsel does not object to this motion.

Defendants' Motion for an Extension of Time
Case No. 00-6023-CIV-HURLEY

WHEREFORE, the Defendants respectfully request that the Court extend the time for replying to the amended complaint for ten (10) days or until May 1, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument has been furnished by U.S. mail to KEITH A. GOLDBAUM, ESQUIRE, Friedman, Rosenwasser & Goldbaum, P.A., 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486, this 24th day of April, 2000.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 686-3307
Facsimile: (561) 686-5442
E-mail: ejames@nygwl.com
Attorneys for Defendants
Florida Bar No.: 791709

By: _____
ELAINE JOHNSON JAMES

\\NEUROMANCER\SYS\DOCS\6074\13057\PMotionextension04-24-00.EJJ

2