UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch



R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,

          Plaintiffs,

vs.

BOB YARI and FORUM ARLINGTON
PROPERTIES, LTD.,

          Defendants.
_____/

**ORDER GRANTING
DEFENDANTS' MOTION FOR AN
EXTENSION OF TIME**

This cause came before the Court on the unopposed motion of Defendants, Bob Yari and Forum Arlington Properties, Ltd., for an extension of time to reply to the Amended Complaint. The Court being fully advised in the premises, IT IS ORDERED that the Motion is GRANTED. The Defendants shall reply to the Amended Complaint on or before May 1, 2000.

DONE AND ORDERED AT WEST PALM BEACH, FL, this _26th_ day of _April_ 2000.

HONORABLE DANIEL HURLEY

Order Granting Defendants' Motion for an Extension of Time
Case No. 00-6023-CIV-HURLEY

Copies to: Keith A. Goldbaum, Esquire, 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486; Elaine Johnson James, 1645 Palm Beach Lakes Blvd. Suite 1200, West Palm Beach, Florida 33401;

\\NEUROMANCER\SYS\DOCS\6074\13057\POrderGrantingMotionextension04-24-00.EJJ.doc