UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

    Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

    Defendants
_____/

## PLAINTIFFS' RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES

COME NOW the Plaintiffs, R/S Associates, a Florida Limited Partnership and DAN SHOOSTER, by and through their undersigned counsel, and for their Response to Defendants' Affirmative Defenses would state as follows:

1. Plaintiffs disavow and deny all affirmative defenses stated in Defendants' Answer to First Amended Complaint and Counterclaims.

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this /0 day of _May_____, 2000.

    FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
    Attorneys for Plaintiffs
    5355 Town Center Road #801
    Boca Raton, Florida 33486
    Tel: (561) 395-5511
    Fax: (561) 368-9274

by: _____
    KEITH A. GOLDBAUM, ESQUIRE
    FBN 0475637

61Shooster\Deny.AD\5-9-2000\kag5ds