UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

    Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

    Defendants
_____/

## COUNTERDEFENDANTS' R/S ASSOCIATES AND DAN SHOOSTER'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERPLAINTIFFS' COUNTERCLAIM

COME NOW the Counterdefendants R/ S Associates, a Florida Limited Partnership and Dan Shooster (hereinafter "Counterdefendants"), by and through their undersigned counsel and for their Answer and Affirmative Defenses to Counterplaintiffs' Counterclaim would state as follows:

1.    Counterdefendants admit the allegations contained in paragraphs number 5, 7, 8, 11, 19, 30 and 34 of Counterplaintiffs' Counterclaim.

2.    Counterdefendants deny the allegations contained in paragraphs 6, 9, 10, 12, 14, 15, 17, 18, 21, 22, 23, 25, 26, 27, 28, 32, 36, 37, 41, 42, 43, 46, 47, 48, 50, 51, 52, 53, 54, 56, 57, 58, 59, 60 of Counterplaintiffs' Counterclaims, and Counterdefendants deny each and every allegation of Counterplaintiffs' Counterclaim not specifically addressed herein.

3.    Counterdefendants neither admit nor deny the allegations contained in paragraphs 1,

until May 1, 2000, thus Counterplaintiffs' Counterclaims for Breach of Contract is barred by the Statute of Limitations.

### FAILURE OF CONSIDERATION

15. Counterplaintiffs' Counterclaims are barred in that Counterplaintiffs did not provide any consideration to Counterdefendants which would serve as the basis to enforce any allege agreements between Counterplaintiffs and Counterdefendants.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this _10_ day of _May_, 2000.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Counterplaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511
Fax: (561) 368-9274
E-mail: goldboca@aol.com

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637