UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

    Plaintiffs

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

    Defendants
_____/



## JOINT REPORT OF SCHEDULING MEETING

Plaintiffs, R/S Associates, a Florida Limited Partnership, DAN SHOOSTER and Defendants, BOB YARI and FORUM ARLINGTON PROPERTIES, LTD., a registered Texas Partnership, report to the Court that the following items were dealt with during a meeting conducted pursuant to Local Rule 16.1B.7:

    A.  **Discovery Schedule**. Counsel for the parties have agreed as follows:

        1.  They shall simultaneously exchange documents on July 5, 2000, without the need for any formal Request for Production to be served, pursuant to Local Rule 16B.1.

        2.  The parties will serve Interrogatories (if any) by August 1, 2000.

        3.  It is believed that the Plaintiffs need to take the

deposition of Bob Yari, and Plaintiffs need to take other depositions as well.

  4. Defendants need to take the deposition of Dan Shooster, both individually and in his capacity as the most knowledgeable person on behalf of Plaintiff, R/S Associates, a Florida Limited Partnership, and Defendants need to take other depositions.

  5. The parties will coordinate the scheduling of depositions.

  B. **Settlement**: The parties will discuss settlement after their initial exchange of documents.

  C. **Additional Parties**: Neither Plaintiffs nor Defendants know of any additional parties at this time that they are likely to add.

  D. **Proposed Time Limits**: Counsel have agreed that:

  (i) All amendments of pleadings and the addition of additional parties shall be completed within twenty (20) days after the close of discovery;

  (ii) All motions shall be filed within thirty (30) days of the close of discovery.

  (iii) All discovery shall be completed within one hundred eighty (180) days of the date of the Scheduling Report.

  E. **Proposals for the Formulation and Simplification of Issues**:

The parties do not have any proposals for the formulation

and simplification of issues.

F. **Necessity of Amendments to Pleadings**: At this time, the parties do not believe it is necessary to amend pleadings. (Additionally, see section D (i) above).

G. **Possibility of Obtaining Admissions of Fact**:

The possibility of obtaining admissions of fact and of documents which will avoid unnecessary proof is unknown at this time.

H. **Suggestions for the Avoidance of Unnecessary Proof**:

None at this time.

I. **Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**:

The Plaintiff believes that it is advisable that the aforedescribed matter should be referred to a Magistrate Judge and consents to have a Magistrate Judge take jurisdiction over this matter. The Defendants do not consent to having this matter tried by a Magistrate Judge.

J. **Preliminary Estimate of the Time Required for Trial**:

Two to three days.

K. **Requested Date or Dates for Conferences Before Trial**:

After discovery and pleadings are closed.

L. **Other Information that might be helpful to the Court**:

None.

Attached hereto as Exhibit "A" is the parties Joint Proposed Scheduling Order. Additional copies are submitted herewith for use

of the Court, if it finds the Order acceptable.

<u>**Plaintiffs' Attorneys**</u>

FRIEDMAN, ROSENWASSER & GOLDBAUM

by: ___/s/ Keith A. Goldbaum___   Date: 5/23/2000
     Keith A. Goldbaum, Esquire
     FBN 0475637
     5355 Town Center Rd. #801
     Boca Raton, Florida 33486
     (561) 395-5511

<u>**Defendants' Attorneys**</u>

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.

by: ___/s/ Elaine Johnson James___   Date: May 24, 2000
     Elaine Johnson James, Esquire
     FBN 791709
     1645 Palm Beach Lakes Blvd. #1200
     West Palm Beach, Fl 33401
     (561) 686-3307