UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch



R/S ASSOCIATES, A FLORIDA LIMITED
PARTNERSHIP, AND DAN SHOOSTER,

    Plaintiffs

vs.

BOB YARI, AND FORUM ARLINGTON
PROPERTIES, LTD.

    Defendants
_____/

## NOTICE OF TAKING DEPOSITION

TO:   Keith A. Goldbaum, Esquire
      5355 Town Center Road, Suite 801
      Boca Raton, Florida 33486

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| NAME | DATE AND TIME | PLACE |
|---|---|---|
| Dan Shooster, Individually and as the corporate representative of Plaintiff R/S Associates | Thursday, July 27, 2000, at 10:00 A.M. | Nason, Yeager, Gerson, White & Lioce, P.A. 1645 Palm Beach Lakes Blvd. Suite 1200 West Palm Beach, FL 33401 |

upon oral examination before Esquire Deposition Services, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.



I HEREBY CERTIFY that a true copy of the foregoing Notice has been furnished to the above-named addressee by mail, this 2nd day of June, 2000.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:  (561) 686-3307
Facsimile:  (561) 686-5442
E-mail:     ejames@nygwl.com
Attorneys for Defendants
Florida Bar No.: 791709

By: /s/ Elaine Johnson James
ELAINE JOHNSON JAMES

cc:   Rosenfeld & Fieger (via facsimile)

H:\6074\13057\PNoticeOfTakingDeposition07-27-00.EJJ/m