UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA



Case No. 00-6023 CIV-Hurley
Magistrate Lynch

R/S ASSOCIATES, A FLORIDA LIMITED
PARTNERSHIP, AND DAN SHOOSTER,

    Plaintiffs

vs.

BOB YARI, AND FORUM ARLINGTON
PROPERTIES, LTD.

    Defendants
_____/

## NOTICE OF UNAVAILABILITY

Kindly take notice that the undersigned will be on vacation from June 19-21, June 28 through July 4, and July 28 through August 10 and therefore will be unavailable to appear at hearings, depositions and the like during that period of time. Counsel are requested not to schedule hearings, depositions or other matters requiring Ms. James' attendance and/or attention during this time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument has been furnished by fax + U.S. mail to Keith A. Goldbaum, Esquire, Friedman, Rosenwasser & Goldbaum, P.A., 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486, this 16th day of June, 2000.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 686-3307
Facsimile: (561) 686-5442
E-mail: ejames@nygwl.com
Attorneys for Defendants
Florida Bar No.: 791709

By: _____
ELAINE JOHNSON JAMES

H:\6074\13057\PNoticeOfUnavailability.EJJ/o

2