UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch



R/S ASSOCIATES, A FLORIDA LIMITED
PARTNERSHIP, AND DAN SHOOSTER,

    Plaintiffs/Counterdefendants

**DEFENDANTS' RESPONSES TO PLAINTIFFS' AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIM**

vs.

BOB YARI, AND FORUM ARLINGTON
PROPERTIES, LTD.,
    Defendants/Counterplaintiffs
_____/

By their undersigned attorneys, Defendants, Bob Yari ("Yari") and Forum Arlington Properties, Ltd. ("Forum"), collectively referred to as "Defendants," deny each and every affirmative defense of Plaintiffs' to Defendants' counterclaims.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument has been furnished by facsimile and U.S. mail to Keith A. Goldbaum, Esquire, Friedman, Rosenwasser & Goldbaum, P.A., 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486, this 15th day of June, 2000.



Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 686-3307
Facsimile: (561) 686-5442
E-mail: ejames@nygwl.com
Attorneys for Defendants/Counterplaintiffs
Florida Bar No.: 791709

By: _____
ELAINE JOHNSON JAMES

H:\6074\13057\PDefendantsResponsetoaffirmativedefenses.doc