UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch

R/S ASSOCIATES, A FLORIDA LIMITED
PARTNERSHIP, AND DAN SHOOSTER,

    Plaintiffs/Counterdefendants          FORUM ARLINGTON PROPERTIES,
                                                   LTD.'S RESPONSE TO PLAINTIFFS'
                                                   REQUEST TO ADMIT

vs.

BOB YARI, AND FORUM ARLINGTON
PROPERTIES, LTD.,
    Defendants/Counterplaintiffs
_____/

       By their undersigned attorneys, Defendant, Forum Arlington Properties, Ltd., responds to the correspondingly numbered requests to admit as follows:

1. Admitted.

2. Admitted.

3. Admitted.

### CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy of the foregoing instrument has been furnished by facsimile and U.S. mail to Keith A. Goldbaum, Esquire, Friedman, Rosenwasser & Goldbaum, P.A., 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486, this 19th day of June, 2000.



Case No. 00-6023 CIV-Hurley

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 686-3307
Facsimile: (561) 686-5442
E-mail: ejames@nygwl.com
Attorneys for Defendants/Counterplaintiffs
Florida Bar No.: 791709

By: *[signature]*
ELAINE JOHNSON JAMES

H:\6074\13057\PYariresponserequestadmit06-15-00.doc

2