UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JUN 2 2 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

R/S ASSOCIATES, a Florida Limited
Partnership and DAN SHOOSTER,
    Plaintiffs,

vs.      CASE NO. 00-6023-CIV-HURLEY

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD.
and ALLIANCE COMMERCIAL
MANAGEMENT,
    Defendants.
_____/

## ORDER REQUIRING COUNSEL TO MEET
## & FILE AMENDED JOINT SCHEDULING REPORT

THIS CAUSE came before the court upon receipt of the parties' joint scheduling report. The scheduling report is not in compliance with this court's order and Local Rule 16.1.B.7.k. It fails to **indicate the proposed month and year for the trial**. Therefore, it is,

**ORDERED** and **ADJUDGED** that the parties shall meet and within ten (10) days of the date of this order submit an amended joint scheduling report.

Failure of counsel to file an amended joint scheduling report in compliance with this order shall result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of June, 2000.

Daniel T. K. Hurley
U. S. District Judge

**copy furnished:**
Keith A. Goldbaum, Esq.
Elaine Johnson James, Esq.