UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6023-CIV-HURLEY

R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,

Plaintiffs,

vs.

BOB YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

Defendants.
_____/




## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the court upon plaintiffs' verified emergency motion for temporary injunctive relief filed June 13, 2000. As of the date of this order, defendants have failed to respond to the motion.

> Southern District of Florida Local Rule 7.1(C) states:
>
>> Each party opposing a motion shall serve an apposing memorandum of law not later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default.

Pursuant to this rule, it is

**ORDERED** that the defendants show cause, if any there be, within ten (10) days of the date of this order, why plaintiffs' verified emergency motion for temporary injunctive relief should not be granted by default.

Order to Show Cause
Case No.: 00-6023-CIV-HURLEY

       **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _10th_ day of July, 2000.

                                           _/s/ Daniel T. K. Hurley_
                                           Daniel T. K. Hurley
                                           United States District Judge

Copies provided to:

Elaine Johnson James, Esq.
Keith A. Goldbaum, Esq.

2

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage