UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch



R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,
                Plaintiffs,

vs.

BOB YARI and FORUM ARLINGTON
PROPERTIES, LTD.,
                Defendants.
_____/

**AGREED ORDER GRANTING PLAINTIFFS' VERIFIED MOTION FOR TEMPORARY INJUNCTIVE RELIEF**

This cause came before the Court on the Plaintiffs' Verified Motion for Temporary Injunctive Relief. The Court having been advised that the parties have reached an agreement that the Motion should be granted and otherwise being fully advised in the premises, IT IS ORDERED that the Motion is GRANTED.

The Defendants, and their agents, servants, employees, and those acting in concert with and under them shall cease using any and all of the trademarks referred to in paragraph 34A of



the Plaintiffs' Amended Complaint within thirty (30) days of the date of this Order.

DONE AND ORDERED AT WEST PALM BEACH, FLORIDA, this ____ day of ~~July~~ Aug., 2000.

_____
HONORABLE DANIEL HURLEY

Copies to: Keith A. Goldbaum, Esquire, 5355 Town Center Road, Suite 801, Boca Raton, Florida 33486; Elaine Johnson James, 1645 Palm Beach Lakes Blvd. Suite 1200, West Palm Beach, Florida 33401

H:\6074\13057\POrderGrantingPlaintiffs'VerifedMotion07-19-00.EJJ.doc