UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6023-CIV-HURLEY

R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,

    Plaintiffs,

vs.

BOB YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

    Defendants.
_____/



## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the court upon plaintiffs' motion for partial judgment on the pleadings against Forum Arlington Properties filed June 29, 2000. As of the date of this order, defendant has failed to respond to the motion.

Southern District of Florida Local Rule 7.1(C) states:

> Each party opposing a motion shall serve an apposing memorandum of law not later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default.

Pursuant to this rule, it is

**ORDERED** that the defendant show cause, if any there be, within ten (10) days of the date of this order, why plaintiffs' motion for partial judgment on the pleadings should not be granted by default.



Order to Show Cause
Case No.: 00-6023-CIV-HURLEY

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of August, 2000.

                                            Daniel T. K. Hurley
                                            United States District Judge

Copies provided to:

Elaine Johnson James, Esq.
Keith A. Goldbaum, Esq.