UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

R/S ASSOCIATES, et al.,   CASE NO. 00-6023-CIV-HURLEY

    Plaintiffs,

vs.

ROBERT YARI, et al.,

    Defendants.
_____/

FILED by _____ D.C.

AUG 14 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DE #41)

**THIS CAUSE** having come on to be heard upon the aforementioned Motion, and this Court having reviewed the Motion, and noting that discovery in this matter was recently referred to the undersigned, and further noting that Defendants have not filed a response to the instant Motion, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Compel Production of Documents is **GRANTED** in that Defendant shall produce the requested documents **within ten (10) days** of the date of this order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of August, 2000.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Keith A. Goldbaum, Esq.
    Elaine Johnson James, Esq.