UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

R/S ASSOCIATES, et al.,                CASE NO. 00-6023-CIV-HURLEY

    Plaintiffs,

vs.

ROBERT YARI, et al.,

    Defendants.
_____/

FILED by ___ D.C.
AUG 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER (DE #20)

**THIS CAUSE** having come on to be heard upon the aforementioned Motion, and this Court having reviewed the Motion, and noting that discovery in this matter was recently referred to the undersigned, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Extension of Time is **GRANTED NUNC PRO TUNC**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of August, 2000.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Keith A. Goldbaum, Esq.
    Elaine Johnson James, Esq.