UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

R/S ASSOCIATES, et al.,                     CASE NO. 00-6023-CIV-HURLEY

    Plaintiffs,

vs.

ROBERT YARI, et al.,

    Defendants.
_____/

FILED by ____ D.C.
AUG 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER (DE #17)

**THIS CAUSE** having come on to be heard upon the aforementioned Motion, and this Court having reviewed the Motion and responses, and noting that on April 11, 2000 Judge Hurley issued an order granting in part and denying in part Defendants' motion to dismiss, and further noting that discovery in this matter was recently referred to the undersigned, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion for a Protective Order is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of August, 2000.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:  Keith A. Goldbaum, Esq.
     Elaine Johnson James, Esq.