UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

R/S ASSOCIATES, et al.,                    CASE NO. 00-6023-CIV-HURLEY

    Plaintiffs,

vs.

ROBERT YARI, et al.,

    Defendants.
_____/

FILED by _____ D.C.
OCT - 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DE #54)

**THIS CAUSE** having come on to be heard upon the aforementioned Motion, and this Court having reviewed the Motion, and noting that Defendants have not filed a response to the instant Motion, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Compel Production of Documents is **GRANTED** in that Defendant shall produce the requested documents **within ten (10) days** of the date of this order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of October, 2000.

                                                      FRANK J. LYNCH, JR.
                                                      UNITED STATES MAGISTRATE JUDGE

cc: Keith A. Goldbaum, Esq.
    Elaine Johnson James, Esq.