UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

    Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

    Defendants
_____/



FILED by _____ D.C.
OCT - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## STIPULATION AND ORDER REGARDING CONFIDENTIALITY AGREEMENT

COME NOW the Plaintiffs, R/S Associates, a Florida limited Partnership and Dan Shooster and the Defendants, Robert Yari and Forum Arlington Properties, Ltd., by and through their undersigned counsel and move this Honorable Court to enter an Order concerning certain documents that are being produced in response to Discovery.

WHEREFORE, Plaintiffs, R/S Associates, a Florida limited Partnership and Dan Shooster and Defendants, Robert Yari and Forum Arlington Properties, Ltd., pray this Honorable Court approve the Confidentiality Agreement attached hereto as Exhibit "A".

Dated this 28th day of September, 2000.

| | |
|---|---|
| Friedman, Rosenwasser<br>& Goldbaum, P.A.<br>Attorneys for Plaintiffs<br>5355 Town Center Rd. #801<br>Boca Raton, Fl 33486<br>Tel: (561) 395.5511<br>Fax: (561) 368.9274 | Nason, Yeager, Gerson White<br>& Lioce, P.A.<br>Attorneys for Defendants<br>1645 Palm Beach Lakes Blvd. #1200<br>West Palm Beach, Fl 33401<br>Tel:(561) 686.3307<br>Fax:(561) 686.5442 |
| by: _____<br>KEITH A. GOLDBAUM, ESQ.<br>FBN 0475637 | by: _____<br>ELAINE JOHNSON JAMES, ESQ. |

## ORDER

The Confidentiality Agreement attached hereto as Exhibit "A" is hereby approved, and the parties are bound by the terms of said Agreement until such time as the Agreement may be modified by this Court.

DONE AND ORDERED in Chambers this 5th day of Oct , 2000.

~~DANIEL T. K. HURLEY~~ FRANK J. CYNCH, JR.
U.S. ~~District~~ Court Judge
MAGISTRATE

copies to:

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Rd. #801
Boca Raton, Fl 33486

Elaine Johnson James, Esquire
Nason, Yeager, Gerson, White & Lioce, P.A.
1645 Palm Beach Lakes Blvd.
West Palm Beach, Fl 33401

## EXHIBIT "A"
## CONFIDENTIALITY AGREEMENT

1. All documents and materials which are produced by Plaintiffs, R/S Associates, a Florida limited Partnership and Dan Shooster (hereinafter "Plaintiffs") or their attorneys are deemed confidential for purposes of this action.

2. Defendants and their counsel are prohibited from, in any fashion, distributing or disseminating any such documents or material or copies thereof produced in this action to any person other than an expert retained by Plaintiffs or Defendants or their counsels for this litigation who has previously agreed in writing to be bound by the terms of this Confidentiality Agreement. Any such expert is similarly prohibited from, in any fashion, distributing or disseminating any such documents or materials or copies thereof to any other person.

3. All information obtained by the Defendants, their counsels or expert witnesses from any such documents or material produced in this litigation shall remain confidential and shall not be disclosed to any other person except as provided herein. Nothing herein shall prohibit Plaintiffs, Defendants or their counsel from presenting information to the Court in accordance with applicable rules of evidence and with such safeguards from public disclosure as may be required.