UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch



R/S ASSOCIATES, A FLORIDA LIMITED
PARTNERSHIP, AND DAN SHOOSTER,

    Plaintiffs

vs.

BOB YARI, AND FORUM ARLINGTON
PROPERTIES, LTD.

    Defendants
_____/

## NOTICE OF TAKING DEPOSITION

TO:   KEITH A. GOLDBAUM, ESQ.
      Friedman, Rosenwasser & Goldbaum, P.A.
      5355 Town Center Road #801
      Boca Raton, Florida 33486

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| NAME | DATE AND TIME | PLACE |
|---|---|---|
| DAN SHOOSTER | January 9, 2001, at 10:00 o'clock a.m. | Nason, Yeager, Gerson, White & Lioce, P.A. 1645 Palm Beach Lakes Blvd. Suite 1200 West Palm Beach, FL 33401 |

upon oral examination before Esquire Deposition Services, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the A.D.A. Coordinator in the Administrative Office of the Court, 205 North Dixie Highway, Room #5.2500, West Palm Beach, Florida 33401, Telephone (561) 355-2431 within two (2) working days of your receipt of this Notice of Taking Deposition; if you are hearing or voice impaired, call 1-800-955-8771.

I HEREBY CERTIFY that a true copy of the foregoing Notice has been furnished to the above-named addressee by mail, this ___ day of _____, 2000.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 686-3307
Facsimile: (561) 686-5442
E-mail: ejames@nasonyeager.com
Attorneys for Defendants
Florida Bar No.: 791709

By: _____
ELAINE JOHNSON JAMES

cc: Esquire Deposition Services
P.O. Box 1970
West Palm Beach, Florida 33402
(561) 659-4155

Server1:docs:6074:13057:PNoticeofDeposition01-09-01 EJJ/nar