UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

    Plaintiff
vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

    Defendants
_____/

### NOTICE OF MEDIATION CONFERENCE
(By Agreement of Counsel and Parties)

    YOU ARE HEREBY NOTIFIED that a Mediation Conference will be scheduled for the following day and time:

    DATE:      Monday, January 8, 2001
    TIME:      3:00 p.m.
    MEDIATOR:  Judge Robert Scott
    PLACE:     Mediation, Inc. (800) 741-7000
               100 SE Third Avenue, 18th Floor
               Fort Lauderdale, Fl 33301

    I HEREBY CERTIFY a copy of the foregoing has been forwarded via facsimile and first class mail to Elaine Johnson James, Esquire, Nason, Yeager, et al, P.A., 1645 Palm Beach Lakes Blvd., # 1200, West Palm Beach, Fl 33401 and to Mediation, Inc. 100 SE Third Avenue, 18th Floor, Fort Lauderdale, Fl 33301 this 8 day of November, 2000.

                              FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
                              Attorneys for Plaintiffs
                              5355 Town Center Rd. #801
                              Boca Raton, Florida 33486
                              Tel:  (561) 395-5511
                              Fax:  (561) 368-9274

            by: _____
                  KEITH A. GOLDBAUM, ESQUIRE
                  FBN 0475637

c:\wpdocs\clients\Shooster
Mediation\11-8-2000\kag5ds



FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA · SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486