UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**R/S ASSOCIATES & DAN SHOOSTER**
    Plaintiff,

vs

**ROBERT YARI, et al.**
    Defendant,

CASE NO: 00-6023 CIV-HURLEY

MEDIATION REPORT

Type of Case: Contract

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Robert C. Scott, Esquire of MEDIATION, INC., on January 8, 2001.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    An ADJOURNMENT was agreed to, pending the attorneys' accomplishing specific goals. The parties will reconvene for further mediation, Plaintiff Counsel being directed to timely coordinate scheduling.

Copies furnished by U.S. Mail to:

    Keith A. Goldbaum, Esquire

    Elaine Johnson James, Esquire

RESPECTFULLY SUBMITTED on January 9, 2001.

_____
JAMES B. CHAPLIN, ESQUIRE
for Robert C. Scott
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000