UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

   Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

   Defendants
_____/

## PLAINTIFFS' NOTICE OF UNAVAILABILITY

  YOU ARE HEREBY NOTIFIED that the Plaintiffs will not be available from May 6 through May 23, 2001 and request that no trials, hearings, scheduling of discovery, or other pleadings be filed/scheduled which require a timely response or attendance during this time period; and that all pending matters be abated during this period of time.

  I HEREBY CERTIFY a copy of the foregoing has been forwarded via first class mail to Elaine Johnson James, Esquire, 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Fl 33401 this 22 day of January, 2001.

        FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
        Attorneys for Plaintiffs
        5355 Town Center Road #801
        Boca Raton, Florida 33486
        Tel: (561) 395-5511
        Fax: (561) 368-9274

      by: _____
        KEITH A. GOLDBAUM, ESQUIRE
        FBN 0475637

FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA · SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486