UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6023-CIV-HURLEY

R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,

Plaintiffs,

vs.

BOB YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

Defendants.
_____/

FILED by _____ D.C.

FEB 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## ORDER DENYING AS MOOT MOTION FOR HEARING ON MOTION FOR TEMPORARY INJUNCTIVE RELIEF

**THIS CAUSE** is before the court upon plaintiffs' motion for hearing on their motion for temporary injunctive relief filed June 13, 2000. On August 2, 2000, the court granted plaintiffs' motion for temporary injunctive relief. Accordingly,

**ORDERED and ADJUDGED** that the plaintiffs' motion for hearing on motion for temporary injunctive relief [DE # 33] is **DENIED AS MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _20th_ day of February, 2001.

Daniel T. K. Hurley
United States District Judge

Copies provided to:
Elaine Johnson James, Esq.
Keith A. Goldbaum, Esq.