UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6023-CIV-HURLEY

R/S ASSOCIATES,

    Plaintiff,

vs.

ROBERT YARI et al.,

    Defendants.

_____/

FILED by ____ D.C.
APR - 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL

**THIS CAUSE** is before the court upon receipt of a report from the clerk indicating that plaintiff's motion to compel, see docket entry #57-1, remains pending. Upon consideration, it is

**ORDERED and ADJUDGED** that plaintiff's motion is **denied as moot.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of March, 2001.

Daniel T. K. Hurley
U. S. District Judge

cc:
Keith A. Goldbaum, Esq.
Elaine Johnson James, Esq.

