UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

**Plaintiff**

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

**Defendants**
_____/

## NOTICE OF UNAVAILABILITY

YOU ARE NOTIFIED that the undersigned counsel will not be available from Thursday, June 7 through Friday, June 22, 2001 and request that no trials, hearings, scheduling of discovery, or other pleadings be filed/scheduled which require a timely response or attendance during this time period; and that all pending matters be abated during this period of time.

I HEREBY CERTIFY a copy of the foregoing has been forwarded via first class mail to Elaine Johnson James, Esquire, Nason, Yeager, Gerson, et al, 1645 Palm Beach Lakes Blvd. #1200, West Palm Beach, Fl 33401-2218 this 20 day of APRIL 2001.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Rd. #801
Boca Raton, Fl 33486
Tel: (561) 395-5511
Fax: (561) 368-9274

by: 
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

c:\wpdocs\clients\Shooster
N-unavail.\4-19-2001\kag5ds