UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

**Plaintiff**

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

**Defendants**
_____/



## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

COME NOW the Plaintiffs, R/S Associates and Dan Shooster, by and through the undersigned counsel, and for their Motion for Status Conference would state as follows:

1. The Parties are very close to settling the aforedescribed matter, but as of this time, this matter has not been fully settled.

2. It is important that a Status Conference be scheduled with the Court at this time.

WHEREFORE, Plaintiffs, R/S Associates and Dan Shooster, pray this Honorable Court grant their Motion and schedule a Status Conference.

I HEREBY CERTIFY a copy of the foregoing has been forwarded via first class mail to Elaine Johnson James, Esquire, Nason, Yeager, Gerson, White & Lioce, P.A., 1645 Palm Beach Lakes Blvd., Suite 1200, West Palm Beach, Fl 33401 this _18_ day of ___May___, 2001.

FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
Attorneys for Plaintiffs
5355 Town Center Road #801
Boca Raton, Florida 33486
Tel: (561) 395-5511  Fax: (561) 368-9274

by: _____
KEITH A. GOLDBAUM, ESQUIRE
FBN 0475637

c:\wpdocs\clients\Shooster
Motion.SC\5-18-2001\kag5ds