UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

    Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

    Defendants
_____/

FILED by _____ D.C.

MAY 24 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SCHEDULING STATUS CONFERENCE

THIS CAUSE having come before this Honorable Court on Plaintiffs' Motion for Status Conference, and the Court being advised in the premises, it is hereupon

ORDERED AND ADJUDGED that a Status Conference shall be scheduled at the following place and time: __US Courthouse, 701 Clematis Street, West Palm Beach, FL,__

__Courtroom 5, at 8:40 a.m. on June 5, 2001__.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this __23rd__ day of __May__, 2001.

                             DANIEL T.K. HURLEY,
                             U.S. DISTRICT COURT JUDGE

copies to:

Keith A. Goldbaum, Esquire
Friedman, Rosenwasser & Goldbaum, P.A.
5355 Town Center Road #801
Boca Raton, Fl 33486

Elaine Johnson James, Esquire
Nason Yeager Gerson, et al
1645 Palm Beach Lakes Blvd. #1200
West Palm Beach, Fl 33401-2218



c:\wpdocs\clients\Shooster
Order.MSC\5-18-2001\kag5ds