UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV HURLEY

R/S ASSOCIATES, a Florida
Limited Partnership and
DAN SHOOSTER

       Plaintiff

vs.

ROBERT YARI and FORUM
ARLINGTON PROPERTIES, LTD. AND
ALLIANCE COMMERCIAL MANAGEMENT,

       Defendants
_____/

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN ATTORNEY'S FEES AND OUR COSTS

COME NOW the Plaintiffs, R/S Associate, a Florida Limited Partnership and Dan Shooster, by and through their undersigned counsel, and hereby file their Voluntary Dismissal with Prejudice. Each Party to Bear Their Own Attorney's Fees and Court Costs and state as follows:

1. The parties have entered into a Settlement Agreement, and the Court shall maintain jurisdiction for the exclusive purposes of enforcing provisions of that Settlement Agreement.

I HEREBY CERTIFY a copy of the foregoing has been forwarded via first class mail to Elaine Johnson James, Esquire, Nason, Yeager, Gerson, White & Lioce, P.A., 1645 Palm Beach Lakes Blvd., Suite 1200, West Palm Beach, Fl 33401 this _5_ day of __June__, 2001.

       FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.
       Attorneys for Plaintiffs
       5355 Town Center Road #801
       Boca Raton, Florida 33486
       Tel: (561) 395-5511  Fax: (561) 368-9274

by: _____
     KEITH A. GOLDBAUM, ESQUIRE
     FBN 0475637

c:\wpdocs\clients\Shooster Dismissal\6-5-2001\kag5ds