UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6023-CIV-HURLEY

R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,

Plaintiffs,

vs.

BOB YARI, FORUM ARLINGTON
PROPERTIES, LTD., and ALLIANCE
COMMERCIAL MANAGEMENT,

Defendants.
_____/

**CLOSED CASE**



FILED by ____ D.C.
JUN 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF CLOSE OUT

On June 7, 2001, plaintiffs filed a notice of voluntary dismissal with prejudice stating that the parties have entered into a settlement agreement. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Clerk of the Court shall enter the case as **CLOSED**.

2. Any pending motions are **DENIED** as moot.

3. The court maintains jurisdiction for the exclusive purpose of enforcing provisions of the settlement agreement for sixty days.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of June, 2001.

Daniel T. K. Hurley
United States District Court

Copies furnished to:
Elaine Johnson James, Esq.
Keith A. Goldbaum, Esq.

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage