UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023 CIV Hurley

R/S ASSOCIATES, a Florida
limited partnership and
Dan Shooster,

    Plaintiff

vs

BOB YARI, FORUM ARLINGTON
PROPERTIES, LTD., and
ALLIANCE MANAGEMENT CO.,
LLC.

    Defendants.

_____/



## AFFIDAVIT OF DANIEL H. SHOOSTER

COUNTY OF Broward
STATE OF FLORIDA

BEFORE ME, the undersigned authority, personally appeared DAN SHOOSTER who being first duly sworn upon oath, deposes and says:

1. That he is over the age of majority, of sound mind and body and has actual knowledge as to all the matters testified to herein.

2. That none of the Plaintiffs in the aforedescribed case received the sum of Fifty Thousand Dollars ($50,000.00) from the Defendants within twenty-one (21) days of the execution of the Settlement Agreement.

3. That the Plaintiffs have ultimately now received the sum of Fifty Thousand Dollars ($50,000.00) but have not received any other funds from Defendants pursuant to the June 1, 2001 Settlement Agreement.

AFFIANT FURTHER SAYETH NAUGHT.

    R/S Associates of Florida

    _____
    Daniel H. Shooster, authorized agent

c:\wpdocs\clients\Shooster
Affidavit.DS3\8-16-2001\kag5ds

FRIEDMAN, ROSENWASSER & GOLDBAUM, THE PLAZA • SUITE 801, 5355 TOWN CENTER ROAD, BOCA RATON, FLORIDA 33486