UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023 CIV-Hurley
Magistrate Lynch

R/S ASSOCIATES, a Florida limited
partnership, and DAN SHOOSTER,
    Plaintiffs,

vs.

BOB YARI and FORUM ARLINGTON
PROPERTIES, LTD.,
    Defendants.
_____/

FILED by _____ D.C.
SEP - 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM CONSENT FINAL JUDGMENT

THIS CAUSE came before the Court on the Defendants' Motion for Relief from Consent Final Judgment and attached affidavits, and the Court having reviewed said Motion and being otherwise advised in the premises; it is

ORDERED AND ADJUDGED

1. That the Consent Final Judgment and Permanent Injunction entered on August 23, 2001 are vacated.

2. The Court retains jurisdiction of this matter for the entry of such other Orders as it deems just and proper.



R/S Associates, a Florida Limited Partnership and Dan Shooster vs. Bob Yari et al
Case No. 00-6023 CIV
Order on Consent Final Judgment and Permanent Injunction

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this _1st_ day of _Sept._, 2001.

HONORABLE DANIEL T. HURLEY
United States District Court Judge

Copies furnished to:

Keith A. Goldbaum, Esquire,
5355 Town Center Road, Suite 801
Boca Raton, Florida 33486

Elaine Johnson James, Esquire
1645 Palm Beach Lakes Blvd. Suite 1200
West Palm Beach, Florida 33401

6074\13057\POrderConsentFinalJudgment08-30-01.EJJ/nar